UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAYANN DWAYNE ATKINSON,

                Petitioner,

   v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

                Respondents.

CASE NO. 2:25-cv-00484-JHC-GJL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, and the remaining record, does hereby ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Respondent DHS's combined Motion to Dismiss and Return (Dkt. 7) is **GRANTED**, the Petition (Dkt. 1) is **DENIED**, and this action is **DISMISSED without prejudice**.

(3)    The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Hon. Grady J. Leupold.

**DATED** this 23rd day of June, 2025.

                                                        */s/ John H. Chun*
                                                        JOHN H. CHUN
                                                        United States District Judge